# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 24, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134482

WILLIAM J. CAPRATHE,
　　　　Petitioner-Appellant,

v

JUDGES RETIREMENT BOARD,
　　　　Respondent-Appellee.

SC: 134482
COA: 265625
Ingham CC: 04-001319-AA

_____/

　　　　On order of the Court, the application for leave to appeal the April 24, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

　　　　CAVANAGH, WEAVER, and KELLY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 24, 2008

Clerk

d0117